# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN J. KOPACZ & MARIANA I. KOPACZ  Case Number: 07-72716
134 BIRCH SW
POPLAR GROVE, IL  61065

SSN-xxx-xx-7506 & xxx-xx-4181

Case filed on: 11/6/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,796.50       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 3,500.00 | 3,500.00 | 1,963.50 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,963.50 | 0.00 |
| 022 | ANDREW GOLDBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STEVEN J. KOPACZ | 0.00 | 0.00 | 696.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 696.50 | 0.00 |
| 001 | CANDLEWICK LAKE ASSOCIATION | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| 002 | BARCLAYS CAPITAL REAL ESTATE INC dba | 63,194.71 | 63,194.71 | 0.00 | 0.00 |
|  | Total Secured | 67,194.71 | 67,194.71 | 0.00 | 0.00 |
| 004 | AMERICAN GENERAL FINANCIAL SERVICES | 926.99 | 139.05 | 0.00 | 0.00 |
| 005 | ATTORNEY HENRY REPAY | 420.00 | 63.00 | 0.00 | 0.00 |
| 006 | NORTHERN ILLINOIS MEDICAL CENTER | 133.00 | 19.95 | 0.00 | 0.00 |
| 007 | COMCAST | 0.00 | 75.00 | 0.00 | 0.00 |
| 008 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DIRECT TV | 0.00 | 67.50 | 0.00 | 0.00 |
| 010 | FAIRLANE CREDIT | 0.00 | 375.00 | 0.00 | 0.00 |
| 011 | CAVALRY PORTFOLIO SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MEDIA COM | 0.00 | 127.50 | 0.00 | 0.00 |
| 013 | MID AMERICA MANAGEMENT | 0.00 | 270.00 | 0.00 | 0.00 |
| 014 | NICOR | 0.00 | 210.00 | 0.00 | 0.00 |
| 015 | PROGRESSIVE INSURANCE | 0.00 | 5.25 | 0.00 | 0.00 |
| 016 | SPRINT | 0.00 | 67.50 | 0.00 | 0.00 |
| 017 | TCF BANK | 0.00 | 45.00 | 0.00 | 0.00 |
| 018 | VERIZON | 0.00 | 105.00 | 0.00 | 0.00 |
| 019 | WAL-MART | 0.00 | 52.50 | 0.00 | 0.00 |
| 020 | WOODMANS FOOD MARKETS | 0.00 | 18.00 | 0.00 | 0.00 |
| 021 | JEFFERSON CAPITAL SYSTEMS, LLC | 157.00 | 23.55 | 0.00 | 0.00 |
|  | Total Unsecured | 1,636.99 | 1,663.80 | 0.00 | 0.00 |
|  | Grand Total: | 72,331.70 | 72,358.51 | 2,660.00 | 0.00 |

Total Paid Claimant:     $2,660.00
Trustee Allowance:       $136.50         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00        discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan